

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00159-CV

MARQUITA MURRAY, APPELLANT

V.

NATIONSTAR MORTGAGE, LLC, APPELLEE

On Appeal from the County Court at Law No. 4
Williamson County, Texas
Trial Court No. 14-1940-CC4, Honorable John McMaster, Presiding

June 25, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Marquita Murray has filed a motion seeking voluntary dismissal of this appeal. The Court finds the motion complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.

As no decision of the Court has been delivered to date, we grant appellant's motion. The appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. The parties have not presented an agreement for assessment of costs. Therefore, costs are assessed against appellant. TEX. R. APP. P. 42.1(d).


James T. Campbell
Justice